ORIGINAL

Thomas H. Casey, Bar No. 138264
Kathleen M. Goldberg, Bar No. 132637
Sheila M. Pistone, Bar No. 155237
LAW OFFICES OF THOMAS H. CASEY, INC.
22342 Avenida Empresa, Ste. 260
Rancho Santa Margarita, CA 92688
Tel: (949) 766-8787
Fax: (949) 766-9896

Attorney for Plaintiff

FOR COURT USE ONLY

FILED
OCT 2 6 2006
CLERK U.S. BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
BY _____ Deputy Clerk

UNITED STATES BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA

In re: Esco LLC; CRI International Corporation, Inc.; Sierra West Electronics Distribution, Inc.; and Wofford Electronics, Inc.
(consolidated by Order entered 9/15/05),
                                                                Debtor(s).

Weneta M.A. Kosmala, Chapter 7 Trustee of the bankruptcy estates of In re Esco LLC, In re CRI International Corporation, Inc., In re Sierra West Electronics Distribution, Inc. & In re Wofford Electronics, Inc.,
                                                                Plaintiff(s).
vs.

SAINT-GOBAIN PERFORMANCE PLASTICS CORPORATION, a California corporation,

                                                                Defendant(s).

CHAPTER 7
CASE NO.:    SA05-10035ES, SA05-10041ES,
             SA05-10042ES, SA 05-10043ES

Adversary No.    SA 06-01434 ES

Date:    November 9, 2006
Time:    9:30 A.M.
Ctrm:    5D

# UNILATERAL STATUS REPORT
# LOCAL BANKRUPTCY RULE 7016-1(a)(2)

TO THE HONORABLE UNITED STATES BANKRUPTCY JUDGE:

The Trustee submits the following UNILATERAL STATUS REPORT in accordance with Local Bankruptcy Rule 7016-1(a)(2):

### A.    PLEADINGS/SERVICE:

| | | |
|---|---|---|
| 1. | Have all parties been served? | **Yes.** |
| 2. | Have all parties filed and served answers to the complaint/ counter-complaints/etc.? | **No.** |
| 3. | Have all motions addressed to the pleadings been resolved? | **Yes.** |
| 4. | Have counsel met and conferred in compliance with Local Bankruptcy Rule 7026-1? | **No.** |
| 5. | If your answer to any of the four preceding questions is anything <u>other</u> than an unqualified "YES", then please explain below (*or on attached page*): | |

The Adversary has settled. The Trustee has received the settlement payment and a Settlement Agreement is being circulated for execution. The Trustee anticipates filing and serving a Rule 9019 Motion prior to the Status Conference. The Trustee requests a continuance of the Status Conference for service time to pass on the Rule 9019 Motion.

---

This form is optional. It has been approved for use by the United States Bankruptcy Court of the Central District of California.
Revised August 2005                           *(Continued on next page)*                                           F 7016-1.1

| In re **(SHORT TITLE)**<br>Esco LLC; CRI International Corporation, Inc.; Sierra West Electronics Distribution, Inc.; and Wofford Electronics, Inc. (consolidated by Order entered 9/15/05),<br><br>Debtor(s). | **CHAPTER 7**<br><br>**CASE NO.:** SA05-10035ES, SA05-10041ES, SA05-10042ES, SA 05-10043ES<br><br>**ADVERSARY NO.:** SA 06-01434 ES |
|---|---|

**B.    READINESS FOR TRIAL:**

1.    When will you be ready for trial in this case?

       <u>Plaintiff</u>                                                                                     <u>Defendant</u>

Not applicable - Case settled.

2.    If your answer to the above is more than four (4) months after the summons issued in this case, give reasons for further delay.

       <u>Plaintiff</u>                                                                                     <u>Defendant</u>

Not applicable - Case settled.

3.    When do you expect to complete <u>your</u> discovery efforts?

       <u>Plaintiff</u>                                                                                     <u>Defendant</u>

Not applicable - Case settled.

4.    What additional discovery do you require to prepare for trial?

       <u>Plaintiff</u>                                                                                     <u>Defendant</u>

Not applicable - Case settled.

**C.    TRIAL TIME:**

1.    What is your estimate of the time required to present <u>your side of the case</u> at trial (including rebuttal stage if applicable)?

       <u>Plaintiff</u>                                                                                     <u>Defendant</u>

Not applicable - Case settled.

2.    How many witnesses do you intend to call at trial (including opposing parties)?

       <u>Plaintiff</u>                                                                                     <u>Defendant</u>

Not applicable - Case settled.

3.    How many exhibits do you anticipate using at trial?

       <u>Plaintiff</u>                                                                                     <u>Defendant</u>

Not applicable - Case settled.

**Unilateral Status Report - *Page 3***

| In re                **(SHORT TITLE)**<br>Esco LLC; CRI International Corporation, Inc.; Sierra West Electronics Distribution, Inc.; and Wofford Electronics, Inc. (consolidated by Order entered 9/15/05),<br><br>                                                                **Debtor(s).** | **CHAPTER 7**<br><br>**CASE NO.:** SA05-10035ES, SA05-10041ES, SA05-10042ES, SA 05-10043ES<br><br>**ADVERSARY NO.:** SA 06-01434 ES |
|---|---|

**D.**    **PRE-TRIAL CONFERENCE:**

A pre-trial conference is usually conducted between a week to a month before trial, at which time a pre-trial order will be signed by the court. [See Local Bankruptcy Rule 7016-1.] If you believe that a pre-trial conference is not necessary or appropriate in this case, please so note below, stating your reasons:

| Plaintiff | Defendant |
|---|---|
| Pre-trial conference ___(is) / _✓_(is not) requested.<br>Reasons:<br><br>Case settled. | Pre-trial conference ___(is) / ___ (is not) requested.<br>Reasons: |

| Plaintiff | Defendant |
|---|---|
| Pre-trial conference should be set <u>after</u>:  None<br><br>(date) _____ | Pre-trial conference should be set <u>after</u>:<br><br>(date) _____ |

**E.**    **SETTLEMENT**

    1.    What is the status of settlement efforts?

           Case settled.

    2.    Has this dispute been formally mediated?    No.
         If so, when?

    3.    Do you want this matter sent to mediation at this time?

| Plaintiff | Defendant |
|---|---|
| No. Case settled. | |

**Unilateral Status Report - *Page 4***

| In re **(SHORT TITLE)**<br>Esco LLC; CRI International Corporation, Inc.; Sierra West Electronics Distribution, Inc.; and Wofford Electronics, Inc. (consolidated by Order entered 9/15/05),<br><br>Debtor(s). | **CHAPTER 7**<br><br>**CASE NO.:** SA05-10035ES, SA05-10041ES, SA05-10042ES, SA 05-10043ES<br><br>**ADVERSARY NO.:** SA 06-01434 ES |
|---|---|

F.     **ADDITIONAL COMMENTS / RECOMMENDATIONS RE TRIAL:** *(Use additional page if necessary.)*

   None.

Respectfully submitted,

Dated:     October 25, 2006                          Dated:

Firm Name:     LAW OFFICES OF THOMAS H. CASEY, INC.     Firm Name:

By: _____     By: _____

Name:     Sheila M. Pistone                          Name:

Attorney for:     Weneta M.A. Kosmala, Chapter 7 Trustee     Attorney for:

---

## PROOF OF SERVICE

STATE OF CALIFORNIA, COUNTY OF ORANGE

I am employed in the City of Rancho Santa Margarita, County of Orange, State of California. I am over the age of 18 years and not a party to the within action. My business address is 22342 Avenida Empresa, Suite 260, Rancho Santa Margarita, California 92688.

On **October 26, 2006**, I served the documents named below on the parties in this action as follows:

DOCUMENT(S) SERVED:    **UNILATERAL STATUS REPORT**

SERVED UPON:    **SEE ATTACHED SERVICE LIST**

[✓]    **(BY MAIL)** I caused each such envelope, with postage thereon fully prepaid, to be placed in the United States mail at Rancho Santa Margarita, California. I am readily familiar with the practice of the Law Office of Thomas H. Casey, Inc. for collection and processing of correspondence for mailing, said practice being that in the ordinary course of business, mail is deposited in the United States Postal Service the same day as it is placed for collection.

[ ]    **(BY FACSIMILE)** The above-referenced document was transmitted by facsimile transmission and the transmission was reported as completed and without error. Pursuant to C.R.C. 2009(i), I either caused, or had someone cause, the transmitting machine to properly transmit the attached documents to the facsimile numbers shown on the service list.

[ ]    **(BY EXPRESS MAIL)** I am readily familiar with the practice of the Law Office of Thomas H. Casey, Inc. for collection and processing of documents for Express Mail overnight delivery and know that the document(s) described herein will be deposited in a box or other facility regularly maintained by the United States Postal Service for Express Mail overnight delivery.

[ ]    **(BY PERSONAL SERVICE)** I delivered to an authorized courier or driver authorized by O.C. Corporate Courier to receive documents to be delivered on the same date. A proof of service signed by the authorized courier will be filed forthwith.

[ ]    **(STATE)** I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

[✓]    **(FEDERAL)** I declare that I am employed in the office of a member of the bar of this court, at whose direction this service was made.

Executed on **October 26, 2006**, at Rancho Santa Margarita, California.

Marissa Silva

## SERVICE LIST
*In re Esco LLC, In re CRI International Corporation, Inc., In re Sierra West Electronics Distribution, Inc.* and *In re Wofford Electronics, Inc.*, Case Nos. SA 05-10035 ES, SA 05-10041 ES, SA 05-10042 ES and SA 05-10043 ES, substantively consolidated by order of Court entered September 15, 2005

**Interested Party**
Office of the U.S. Trustee
411 W. Fourth St. #9041
Santa Ana, CA 92701

**Chapter 7 Trustee**
Weneta M.A. Kosmala
P.O. Box 16279
Irvine, CA 92623-9998

**Debtor**
~~Esco Consolidated Cases~~
~~Attn: Ron Cioffi, President~~
~~14250 Baleri Ranch Rd.~~
~~Los Altos Hills, CA 94022~~
Service waived per written request 1/19/06

**Attorney for Debtor**
~~Jeffrey Reisner/William N Lobel~~
~~Irell & Manella LLP~~
~~840 Newport Ctr. Dr. #400~~
~~Newport Beach, CA 92660-6324~~
Service waived per written request 1/13/06

**Defendant**
Saint-Gobain Performance Plastics Corporation
Attn: John T. Crowe, President
1199 S. Chillicothe Road
Aurora, OH 44202

Saint-Gobain Performance Plastics Corporation
Attn: Tom L. Fitzpatrick, Director of Credit
1199 S. Chillicothe Road
Aurora, OH 44202

Saint-Gobain Performance Plastics Corporation
% CT Corporation System, Agent for Service of Process
818 West Seventh St.
Los Angeles, CA 90017